1 | Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
2 | 300 South First Street, Suite 342
San Jose, California 95113
3 | Telephone (408) 298-2000
Facsimile (408) 298-6046
4 | E-mails: tanya@moorelawfirm.com,
service@moorelawfirm.com

Attorney for Plaintiff,
Jose Trujillo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| JOSE TRUJILLO, | ) No. 1:21-cv-00476-NONE-EPG |
|---|---|
| Plaintiff, | ) **STIPULATION FOR EXTENSION OF TIME WITHIN WHICH TO FILE DISPOSITIONAL DOCUMENTS; ORDER** |
| vs. | |
| CAMERINO MACIAS MUNOZ dba LOS AMIGOS MARKET, et al., | |
| Defendants. | |

WHEREAS, Plaintiff, Jose Trujillo ("Plaintiff"), and Defendants, Camerino Macias Munoz dba Los Amigos Market; Ahmed Ali dba Los Amigos Market; Antemio Cortes; and Gabriela Cortes (collectively "Defendants," and together with Plaintiff, "the Parties"), by and through their respective counsel, hereby stipulate as follows;

WHEREAS, Plaintiff and Defendants have reached a settlement in this matter;

WHEREAS, the Court has ordered dispositional documents to be filed by July 12, 2021 (Dkt. 10);

STIPULATION FOR EXTENSION OF TIME WITHIN WHICH TO FILE DISPOSITIONAL DOCUMENTS; ORDER

Page 1

WHEREAS, the settlement agreement payment amount was revised and needs to be initialed by Defendants as a condition precedent to filing a stipulation for dismissal of entire action with prejudice;

WHEREAS, Plaintiff will continue to follow-up on the initialed revised settlement agreement payment amount with Defendants;

NOW, THEREFORE, Plaintiff hereby respectfully requests that the time within which dispositional documents must be filed be extended to August 11, 2021.

Dated:                             MOORE LAW FIRM, P.C.

                                        */s/ Tanya E. Moore*
                                        Tanya E. Moore
                                        Attorney for Plaintiff,
                                        Jose Trujillo

Dated:                             MACIAS RODRIGUEZ ADAMS LLP

                                        */s/ Jose Macias, Jr.*
                                        Jose Macias, Jr.
                                        Attorney for Defendants,
                                        Camerino Macias Munoz dba Los Amigos
                                        Market; Ahmed Ali dba Los Amigos
                                        Market; Antemio Cortes; and Gabriela Cortes

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                        */s/ Tanya E. Moore*
                                        Tanya E. Moore
                                        Attorney for Plaintiff,
                                        Jose Trujillo

*///*

*///*

**ORDER**

Pursuant to the parties' stipulation (ECF No. 11), and good cause appearing, the parties shall file appropriate dismissal documents on or before August 11, 2021.

IT IS SO ORDERED.

Dated: **July 14, 2021**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE